**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION**

JAIMEE WILLIAMS

                     Plaintiff,

  v.

EXPERIAN INFORMATION SOLUTIONS,
Inc. et al

                     Defendants.

CASE NO. 4:25-cv-01024

## NOTICE OF SETTLEMENT AS TO VERIZON WIRELESS SERVICES, LLC.

NOW COMES Plaintiff, Jaimee Williams, who files this Notice, and in support would show as follows:

1.    Plaintiff is filing this notice to inform this Court that Plaintiff has settled this case with Verizon Wireless Services, LLC.

2.    Plaintiff will file the documentation required to terminate Verizon Wireless Services, LLC and will file a Stipulation of Dismissal once the closing documents are exchanged and executed.

Dated: July 9, 2026

Respectfully submitted,

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF
Louisiana Bar Roll No. 28728
Raburn Kaufman, LLC
6108 Siegen Lane Suite B
Baton Rouge, Louisiana 70809
jraburn@raburnkaufman.com
Telephone: 225-412-2777

1

2

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on the 9th day of July, 2026, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the attorneys on record.

*/s/Jonathan Raburn*
Jonathan Raburn
ATTORNEY FOR PLAINTIFF

2